UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
SULTAN AL-ANESI,

                Plaintiff,

      -against-                                                18-cv-8439 (LAK)

CITY OF NEW YORK, et al.,

                Defendant(s).
------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/8/22

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

        Plaintiff brings this action against the City of New York, the New York City Police Department and two police officers alleging claims for false arrest, false imprisonment, excessive force, malicious prosecution, discrimination, bias-based profiling, assault, and battery. Defendants move for summary judgment dismissing the action.

        In a report and recommendation dated June 6, 2022 (Dkt 91) (the "R&R"), Magistrate Judge Gabriel W. Gorenstein recommends that the motion be granted in part and denied in part. There have been no objections to the R&R.

        Accordingly, defendants' motion (Dkt 71) is granted to the extent that all claims are dismissed as against all defendants except for the claims of excessive force, assault, and battery claims against defendant O'Heir and the City. In the latter respect, the motion is denied.

        SO ORDERED.

Dated:      August 8, 2022

                                                        /s/     Lewis A. Kaplan

                                                                   Lewis A. Kaplan
                                                            United States District Judge