UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                                                :

SULTAN AL-ANESI,

                                                                :

        Plaintiff,                                    ORDER

                                                                  :

    -v.-

                                                                  :        18 Civ. 8439 (LAK) (GWG)

CITY OF NEW YORK et al.,                    :

        Defendants.                                 :
-------------------------------------------------------------x

GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE

       The parties shall cooperate starting immediately to prepare the joint pretrial order required by Judge Kaplan's Individual Practices. The joint pretrial order shall be filed on or before August 30, 2022.

       The Court notes that Judge Kaplan's Individual Practices (p. 6) require that a party be ready for trial on 24 hours notice. If the parties prefer a firm trial date, they may wish to consent to a trial by jury presided over by the undersigned. The form to indicate such consent is available at: https://nysd.uscourts.gov/sites/default/files/practice_documents/gwgConsentToProceedBeforeUSMagistrateJudge.pdf.. The parties are directed to contact each other by August 16, 2022, to discuss whether both sides wish to consent. If both sides consent, the completed and signed form may be presented as an attachment to a letter filed on ECF.

       SO ORDERED.

Dated:  New York, New York
         August 9, 2022

                                                        GABRIEL W. GORENSTEIN
                                                        United States Magistrate Judge