

**THE CITY OF NEW YORK**
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

**INNA SHAPOVALOVA**
*Assistant Corporation  Counsel*
Phone: (212) 356-2656
Fax: (212) 356-3509
Email: inshapov@law.nyc.gov

August 25, 2022

**BY ECF**
Honorable Lewis A. Kaplan
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

MEMORANDUM ENDORSED

Re:   Sultan Al-Anesi v. City of New York, et al.,
        18 Civ. 8439 (LAK) (GWG)

Your Honor:

I am Assistant Corporation Counsel in the Office of the Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, and the attorney representing defendants City of New York and Glenn O'Heir ("defendants") in the above-referenced matter.   Defendants write on behalf of the parties to respectfully request a thirty (30) day extension of time to file the parties' Proposed Joint Pre-Trial Order, which is currently due by August 30, 2022. This is the first request of this kind.

The reason for the instant request is plaintiff's counsel, Alex Klein, has recently had a personal emergency and as such, the parties are respectfully requesting a thirty (30) day extension of time to file their Proposed Joint Pre-Trial Order, until September 30, 2022.

Thank you for your consideration herein.

Respectfully submitted,

/s/ *Inna Shapovalova*

Inna Shapovalova
Assistant Corporation Counsel

cc:   **VIA ECF**
        Alex Klein, Esq.
        *Attorney for plaintiff*

Extension to September 30, 2022, granted.

So Ordered.

GABRIEL W. GORENSTEIN
United States Magistrate Judge

August 26, 2022