UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------ x
Sultan Al-Anesi,

               Plaintiff,               18-cv-8439 (LAK)(GWG)

   v.

City Of New York, et al.,

               Defendants.

------------------------------ x

## ORDER

        Defendants filed a letter today notifying the Court that the parties have reached a settlement.  Accordingly, the case is dismissed with prejudice and without costs subject to right to reinstate by serving and filing a notice to that effect on or before August 12, 2024, if the settlement has not been consummated by then.

DATED: July 12, 2024

                                        /s/ Hon. Lewis A. Kaplan
                                        _____
                                             Lewis A. Kaplan
                                       United States District Judge